PD-1189-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/14/2015 12:00:00 AM
Accepted 9/16/2015 11:46:24 AM
ABEL ACOSTA
CLERK

CAUSE NO. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

September 16, 2015

ABEL ACOSTA, CLERK

**MAYRA FLORES**

Petitioner

V.

**THE STATE OF TEXAS**

Respondent

## FIRST OPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

Petitioner files this first opposed motion for extension of time to file petition for discretionary review under Tex. R. App. P. 10.1, 10.59b), and 68.2(c). In support of this motion, petitioner shows the following:

1. The Court of Appeals for the First District in Houston, Texas rendered its opinion and judgment in *Mayra Flores vs. State of Texas,* No. 01-14-00579-CR, on July 30, 2015. The petition for discretionary review was due on August 29, 2015.

1

2. Petitioner requests an extension of time of thirty days, to September 28, 2015. This is petitioner's first request for an extension of time in this case.

3. Petitioner relies on the following facts as a reasonable explanation for the requested extension of time. Petitioner was physically incapacitated through much of August 2015 with doctors' visits and a biopsy procedure to rule out cancer. Given these developments with his health, petitioner's counsel was neither physically able nor mentally able to concentrate on working on this case. Having been recently given a clean-bill of health, petitioner's counsel is now prepared to complete the work on this case.

4. In addition to having to prepare a petition for discretionary review in this case, he has had to devote substantial time to preparing an appeal in another appeal in *Hilda Trevino vs. Jesus Maria Garza;* No. 13-15-00241-CV. The briefing schedule in that case is also underway. Additionally, petitioner's counsel has a busy litigation practice with a number of hearings, discovery deadlines and upcoming trials. There simply has not been sufficient time to handle all of the various matters, address petitioner's counsel's health concerns, and devote the requisite time to this case.

5. The undersigned attempted to reach opposing counsel regarding this motion for extension. However, the undersigned was not able to hear back from

2

him prior to filing this motion. It is assumed that he is opposed. However, no harm will befall the State were this Court to grant this motion.

WHEREFORE, PREMISES CONSIDERED, the petitioner, Mayra Flores, prays that this Honorable Court allow this appeal to move forward in the interest of justice and equity. Moreover, petitioner asks that this Court grant her an extension until September 28, 2015 in which to file her petition for discretionary review.

Respectfully submitted,

THE WILKINS LAW FIRM, P. C.

Ralphaell V. Wilkins
SBN: 21487600
4606 San Jacinto
Houston, Texas 77004
(713) 660-9200 Telephone
(713) 660-0559 Telecopier
rwilkins@jmaldonadolaw.com

**ATTORNEY FOR PETITIONER**

CERTIFICATE OF CONFERENCE

On September 11, 2015, Mr. Wilkins, telephoned Alan Curry, Esq., counsel for respondent, to discuss the merits of this motion for extension of time. Mr. Curry was unavailable. On September 12, 2015, petitioner's counsel emailed Mr. Curry regarding the motion. It is assumed that he is opposed to this motion.

Ralphaell V. Wilkins

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served via the electronic filing manager and/or by U. S. certified mail, return receipt requested, and/or faxed this 12th day of September 2015, to the following counsel of record:

Alan Curry, Esq.
Harris County District Attorney Office
1201 Franklin Street
Houston, Texas 77002

Ralphaell V. Wilkins

4